RECEIVED
AUG 11 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
719 CHURCH STREET, SUITE 1300
NASHVILLE, TENNESSEE 37203
OFFICIAL BUSINESS

James Catignani
#60574
Williamson County Jail
408 Century Court
Franklin, TN 37064

NIXIE 372 DE 1 0008/07/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 37203709525 *3059-06253-07-30

RTS

NASHVILLE TN 370
28 JUL 2026 PM 5

quadient
FIRST-CLASS MAIL
IMI
$000.78º
07/28/2026 ZIP 37203
043M31260445
US POSTAGE

·TES DISTRICT COURT
·CT OF TENNESSEE
·SHVILLE

RECEIVED
AUG 11 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

) Case No. 3:26-cv-00436
) Trauger/Holmes
)

**·DER**

· to stay filed by Defendant Chad Youker (Docket
warranted because Defendant's pending motion to
·y. When such a defense is raised, discovery in the
·he issue is resolved. *See Siegert v. Gilley*, 500 U.S.
.3d 820, 826 (6th Cir. 2020); *Bradford v. Reed*, No.
·. Tenn. Feb. 26, 2025). The Court finds that an
·gs in this case is warranted and appropriate until
**·ccordingly, unless otherwise ordered or directed**
**·ereby STAYED until further order of the Court.**
·t do so by filing a motion for review no later than
·rved upon the party. Three (3) additional days are
·ule 6(d) of the Federal Rules of Civil Procedure.
·(2)(C) of the Federal Rules of Civil Procedure. The
brief or other pertinent documents to apprise the
*See* Rule 72.01(a) of the Local Rules of Court.